**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00902-REB-BNB

STARR DENISE BLANCHARD,

    Plaintiff,

v.

FEDEX GROUND PACKAGE SYSTEM, INC., and
CHRISTOPHER PARKER,

    Defendants.

## MINUTE ORDER[1]

The matter comes before the court on the **Motion to Remand** [#10], filed May 17, 2007. The motion is **STRICKEN** for failure to comply with REB Civ. Practice Standard II.E.1.

Dated: May 18, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.