IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00902-REB-BNB

STARR DENISE BLANCHARD,

Plaintiff,

v.

FEDEX GROUND PACKAGE SYSTEM, INC., and
CHRISTOPHER PARKER,

Defendants.

_____

**ORDER**
_____

This matter is before me on plaintiff's **Motion to File Amended Complaint** [Doc. # 17, filed 6/15/2007] (the "Motion to Amend"). I have reviewed the Motion to Amend, proposed First Amended Complaint, and Response to Motion to Amend Complaint [Doc. # 20, filed 7/2/2007].

Amendment of pleadings is to be liberally granted as justice may require. Fed. R. Civ. P. 15(a). The response in opposition to the Motion to Amend fails to state any sound basis for denying amendment.

IT IS ORDERED that the Motion to Amend is GRANTED. The Clerk of the Court is directed to accept for filing the First Amended Complaint [Doc. # 17-2]. The defendants shall respond to the First Amended Complaint within 10 days.

IT IS FURTHER ORDERED that the hearing on the Motion to Amend set for July 11, 2007, at 8:30 a.m., is VACATED.

IT IS FURTHER ORDERED that **Defendant FedEx Ground Package System, Inc.'s Motion to Vacate and Reset Hearing on Plaintiff's Motion to File Amended Complaint** [Doc. # 21, filed 7/5/2007] is DENIED as moot.

Dated July 6, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge