IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:07-cv-00902-REB-BNB

STARR DENISE BLANCHARD, an individual resident of Colorado

 Plaintiff,

v.

FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware corporation, and
CHRISTOPHER PARKER, an individual resident of Colorado

 Defendants.

---

**JOINT REPORT ON STATUS**

---

On October 14, 2010, this Court ordered the parties to file a joint report on the status of this case. *See* Doc. No. 39.

Until the Joint Panel on Multidistrict Litigation's ("JPML") recent remand to this Court, this case had been pending in MDL 1700 since the final transfer order by the JPML to MDL 1700 on October 12, 2007. Before the remand to this Court, the parties filed a Joint Proposed Pretrial Order in the MDL court that details the proceedings in the MDL as those proceedings relate to this case, and the discovery the parties believe is necessary as the case proceeds to the trial-preparation phase.. *See* Doc. No. 2151 in the MDL Court, a copy of which is attached as Exhibit A ("Joint Proposed Pretrial Order").

As it relates to the MDL, several of Plaintiff's claims include an allegation or otherwise put at issue whether Defendant FedEx Ground Package System, Inc. ("FedEx

Ground") misclassified her as an independent contractor rather than an employee. The coordinated pretrial proceedings for cases involving the classification of FedEx Ground's package pick-up and delivery contractors is the focus of MDL 1700. While in the MDL, discovery was conducted on the classification question. However, the MDL court did not ultimately determine the classification of this Plaintiff, nor did it address any of the other aspects of her claims.

As this case proceeds to trial in this Court, some non-duplicative discovery at the terminal level may be necessary on the classification question. *See* Joint Proposed Pretrial Order at 8, 9. Otherwise, the parties anticipate this case will proceed as any other case in this Court, including full discovery on the non-classification issues for all of Plaintiff's claims, including written discovery, depositions, and expert discovery.

The parties agree that a scheduling/status conference is necessary.

Dated: November 3, 2010

| s/Robert A. Garcin | s/Jessica G. Simbalenko |
|---|---|
| Robert A. Garcin | Raymond W. Martin |
| Law Offices of Robert Garcin | Steven M. Kelso |
| 210 East 29th Street, Suite A | Jessica G. Simbalenko |
| Loveland, CO 80538 | Wheeler Trigg O'Donnell LLP |
| Telephone: (970) 667-4700 | 1801 California Street, Suite 3600 |
| Fascimile: (970) 667-8955 | Denver, CO 80202 |
| Email: ragarcin@aol.com | Telephone: (303) 244-1800 |
| | Facsimile: (303) 244-1879 |
| Attorney for Plaintiff | Email: martin@wtotrial.com |
| Star Denise Blanchard | kelso@wtotrial.com |
| | simbalenko@wtotrial.com |
| | |
| | Attorneys for Defendant |
| | FedEx Ground Package System, Inc. |

s/ Christopher Parker_____
Christopher Parker
811 2d Street
Windsor, CO  80550
Telephone:  (970) 631-2996
Email:  hjbcc@yahoo.com

Pro Se

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on November 3, 2010 I electronically filed the foregoing **JOINT REPORT ON STATUS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

s/ Jessica G. Simbalenko by Patricia Chavez
Jessica G. Simbalenko
Attorney for Defendants
Wheeler Trigg O'Donnell, LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Telephone : (303) 244-1800
Facsimile: (303) 244-1879

1190689v.2