IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00902-REB-BNB

STARR DENISE BLANCHARD,

Plaintiff,

v.

FEDEX GROUND PACKAGE SYSTEM, INC., and
CHRISTOPHER PARKER,

Defendants.

_____

## ORDER
_____

The parties appeared this afternoon for a scheduling conference. The proposed scheduling order was refused for reasons stated on the record.

IT IS ORDERED that the parties shall submit, on or before **January 11, 2011**, a revised proposed scheduling order, modified as discussed on the record this afternoon.

Dated January 4, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge