IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00902-REB-BNB

STARR DENISE BLANCHARD,

Plaintiff,

v.

FEDEX GROUND PACKAGE SYSTEM, INC., and
CHRISTOPHER PARKER,

Defendants.

_____

**ORDER**
_____

I held a scheduling conference in this case on January 4, 2011. I refused to enter the proposed scheduling order, but I did establish dates to be inserted into a proposed revised scheduling order to be submitted by the parties. The proposed revised scheduling order was submitted for my review on January 11, 2011, and I entered a Revised Scheduling Order this morning.

It appears that I failed to set a final pretrial conference to be held before me. In the proposed revised scheduling order, the parties mistakenly inserted the date of the Trial Preparation Conference, to be held by the district judge, into the section of the scheduling order concerning the final pretrial conference. Nothing in this order modifies the Trial Preparation Conference Order [Doc. # 60] entered by the district judge, and the Trial Preparation Conference before the district judge remains set for October 28, 2011, at 3:00 p.m., in courtroom A1001.

The purpose of this order is to set a final pretrial conference to be conducted by me on **September 8, 2011, at 10:00 a.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.**  A proposed final pretrial order shall be prepared by the parties and submitted to the court no later than September 1, 2011.  The parties shall comply with the requirements of REB Civ. Practice Standards in connection with the preparation of the proposed final pretrial order, and in particular with Parts III.D and IV.A.2 of those Practice Standards.

SO ORDERED.

Dated January 14, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge