**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 07-cv-00902-REB-BNB

STARR DENISE BLANCHARD,

    Plaintiff,

v.

FEDEX GROUND PACKAGE SYSTEM, INC., and
CHRISTOPHER PARKER,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation of Dismissal With Prejudice** [#76] filed March 4, 2011. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#76] filed March 4, 2011, is **APPROVED**;

2. That the Trial Preparation Conference set for October 28, 2011, is **VACATED**;

3. That the jury trial set to commence November 14, 2011, is **VACATED**;

4. That this court shall retain jurisdiction to enforce the provisions of the Settlement Agreement and Release; and

     5. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

     Dated March 7, 2011, at Denver, Colorado.

     **BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge